AO 91 (Rev. 5/85) Criminal Complaint      AUSA TANTILLO

# United States District Court

__SOUTHERN__ DISTRICT OF __FLORIDA__

UNITED STATES OF AMERICA

v.

ANTONY TAQUEY

FILED by _____ D.C.
NOV 0 7 2008
STEVEN M. LARIMORE
CLERK U. S. DIST. CT.
S. D. of FLA. – FT. LAUD.

**CRIMINAL COMPLAINT**

CASE NUMBER: 08-6393-SNOW

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about November 3, 2008, in Broward County, in the Southern District of Florida, and elsewhere, the defendant, ANTONY TAQUEY, using the mail and any facility and means of interstate and foreign commerce, did knowingly attempt to transfer obscene matter to another individual who had not attained the age of 16 years, knowing that such individual had not attained the age of 16 years, in violation of Title 18, United States Code, Section 1470.

I further state that I am a ___Detective___ and that this complaint is based on the following facts:

Official Title

Please see attached affidavit.

Continued on the attached and made a part hereof: [X] Yes [ ] No

JOHN YOUNG, DETECTIVE
DELRAY BEACH POLICE DEPARTMENT

Sworn to before me, and subscribed in my presence,

NOVEMBER 7, 2008         at  Fort Lauderdale, Florida
Date                         City and State

LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE         Lurana S. Snow
Name and Title of Judicial Officer          Signature of Judicial Officer

## AFFIDAVIT

I, John Young, a detective with the Delray Beach Police Department ("DBPD"), being duly sworn, depose and state as follows:

1. I am a detective currently assigned to the DBPD Juvenile Unit of the Criminal Investigations Section. I have been employed by the DBPD as a law enforcement officer for over seventeen (17) years, the most recent ten (10) years as a detective. As part of my duties, I investigate Internet crimes against children, which includes the solicitation or enticement via the Internet of children for sex and/or the manufacture, possession, and/or transmission of child pornography or other sex related material that is harmful to minors.

2. As a law enforcement officer, I have received training in various aspects of law enforcement, including the investigation of child pornography and child exploitation. During my career, I have assisted other investigators in their investigations and conducted my own investigations of individuals suspected of distributing, receiving, and/or possessing material containing child pornography and/or pornographic material that is harmful to minors, and I have participated in the execution of search warrants that have resulted in the seizure of material containing child pornography, pornographic material that is harmful to minors, and/or digital evidence corroborating electronic communications used to solicit or entice a minor to engage in illegal sexual activity.

3. Because this affidavit is being submitted for the limited purpose of securing a criminal complaint, I have not included each and every fact known to law enforcement concerning this investigation. Rather, I have set forth only the facts that I believe are necessary to establish probable cause that ANTONY TAQUEY (hereinafter

referred to as "TAQUEY") violated Title 18, United Stated Code, Section 1470, regarding the knowing use of the mail and any facility and means of interstate and foreign commerce to attempt to transfer obscene matter to another individual who had not attained the age of sixteen (16) years, knowing that such other individual had not attained the age of sixteen (16) years.

4. The statements contained in this affidavit are based in part upon the investigation that I have personally conducted, upon information provided to me by other law enforcement officers, and on my experience and background as a police detective.

5. On June 20, 2008, I was in the City of Delray Beach working in an undercover (UC) capacity as a 14-year-old (14 YO) female on the America OnLine chat room network. The user of the screen name URABZB@AOL.COM established contact with me through an Email message in which the suspect asked whether the 14 YO wanted to see his pictures. In this undercover capacity, the 14 YO responded with the age, gender, and location of the user of his UC screen name: 14, female, Florida. On this same day, the suspect acknowledged that the 14 YO girl was 14 years old. Following the exchange of a few more Email messages, the suspect started an Instant Message (IM) with the 14 YO. During this IM, the suspect asked what type of photographs the 14 YO liked, whether she was bisexual, and if she had a boyfriend.

6. On June 26, 2008, I was in the City of Delray Beach working in an undercover (UC) capacity as a 14-year-old (14 YO) female on the America OnLine chat room network, as previously noted. The suspect started an IM with the 14 YO. At 4:58 PM the 14 YO reminded the suspect of her age and asked his age. The suspect responded that he was 46 YO. At 5:03 PM, the 14 YO mentioned that she was on summer vacation.

7. On five dates in June 2008, I was contacted again by the suspect while working in an undercover capacity. During these exchanges, I again informed screen name URABZB@AOL.COM that I was 14 years-old and the suspect stated that he wanted to greet her and asked her if she had sex with boys and girls.

8. During several dates in August 2008, I was again contacted by URABZB@AOL.COM. On August 30, 2008, I was working in the City of Delray Beach when the suspect initiated an IM with the 14 YO. The 14 YO reminded the suspect of her age. The suspect wrote that he was 47 YO. The suspect asked the 14 YO whether she was interested in sex with girls and if she had ever inserted her fingers or other objects into her vagina. The 14 YO again reminded the suspect of her age. The suspect told the 14 YO that he was not wearing any pants while chatting with her, and he asked her what she was wearing. He also described lewd acts that he had witnessed and committed while on-line. Later in the conversation, the 14 YO mentioned that she had just started high school. After the 14 YO had complied with the suspect's request to send her a photograph of herself, I sent a decoy photograph of a female who was presently an adult but was 14 YO at the time that the photo was taken, and the suspect commented that he could ejaculate on that photo. The suspect asked the 14 YO about her masturbating. The suspect asked the 14 YO her screen name on Yahoo and wrote that his Yahoo screen name was UC2RUOK.

9. Furthermore, on August 30, 2008, the suspect initiated an IM with the 14 YO on the Yahoo network by using the Yahoo Messenger screen name UC2RUOK. He was still in contact with the 14 YO on AOL at the same time. He mentioned that he had sent her photos on AOL and that he preferred Yahoo for sending larger files. During this

period, he sent eight pornographic photographs to the 14 YO. The images depicted females with erect penises in their mouths, apparent seminal fluid on their faces, and people using tongues to make contact with vaginas. I later obtained through subpoenas information that the screen name used by the suspect on AOL was included in the account of Antony Taquey, whose address was noted as 12657 Granite Ridge Dr., North Potomak, MD 20878. According to the yahoo records, the subscriber was "Mr. Uc2ruok M." in the US zip code 27014. The Time Warner Cable Company information in reference to the Internet Protocol (IP) Address that was used by the suspect to access AOL and Yahoo on 08/30/08 stated that the account subscriber was Karen Taquey at 145 Boxwood Circle, Advance, NC 27006.

10. During September 2008, the suspect initiated numerous conversations with the 14 YO. During each of these conversations, I reminded the suspect of her age. In this IM, the suspect stated that he wanted to send pornographic video files to the 14 YO. He also asked the 14 YO what she looked like nude. Additionally, during some of these conversation, in my undercover capacity, I mentioned that the 14 YO just started high school and that she had been in 8th grade just three months before the sending of the Email. The suspect sent two Email messages in response, asking when the 14 YO was usually on-line.

11. On September 12, 2008, I was working in the City of Delray Beach when I was contacted online by the suspect. The suspect sent the 14 YO five pornographic photos in three Email messages on AOL. These images depicted one female with a penis inserted well into her mouth, one female having seminal fluid ejaculated onto her face from an erect penis, a female with apparent seminal fluid on her face from a recent

ejaculation from the penis in the photo, a nude female with her fingers inserted into her vagina, and a female licking a vagina.

12. On September 16, 2008, I was working in the City of Delray Beach in an undercover capacity when I was contacted by the suspect while on AOL. The suspect referenced images that he was sending her via four Email messages. These images showed a penis ejaculating seminal fluid into a female's mouth, a very large-breasted nude female posing, a female with a very large penis or dildo in her mouth, and two females with penises either in the process of ejaculating seminal fluid onto their faces or just after having done so.

13. On several dates through 11/05/08, while acting in an undercover capacity at the Broward Sheriff's Office Internet Crimes Against Children Task Force in Broward County, I had Email and IM contact with the suspect on both AOL and Yahoo Messenger. On these particular dates, the suspect sent via AOL Email numerous pornographic images to the 14 YO. The suspect established contact via IM on both AOL and Yahoo Messenger several times during this period. He continued sending pornographic images to 14 YO and photos that he claimed depicted his own erect penis. He directed the 14 YO through links to pornographic web sites. Additionally, he transmitted a pornographic video of himself masturbating. He also transmitted to the 14 YO via yahoo Messenger live web cam footage of himself masturbating on November 3, 2008 (note: none of the pornographic images of the suspect showed his face, although he did send one non-pornographic image of what he stated was his face)

14. Law enforcement in North Carolina confirmed that the individual using screen name URABZB@AOL.COM, is in fact TAQUEY, as he admitted to using this

screen name in conversations with the 14 YO. Additionally, TAQUEY admitted that he sent pictures of himself masturbating, as well as a video file and live webcam video footage of himself masturbating to the 14 YO, as well as numerous pornographic pictures.

Further Affiant Sayeth Naught.

_____
Detective John Young
Delray Police Department

SUBSCRIBED and SWORN to before me this 7th day of November, 2008.

_____
LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

No. 08-6393-SNOW

UNITED STATES OF AMERICA

vs.

ANTONY TAQUEY,

       Defendant.
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 14, 2003? _____ Yes __X__ No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to September 1, 2007? _____ Yes __X__ No

Respectfully submitted,

R. ALEXANDER ACOSTA
UNITED STATES ATTORNEY

BY: _____
BRENT S. TANTILLO
ASSISTANT UNITED STATES ATTORNEY
Court No. A5501027
99 N. E. 4th Street
Miami, Florida 33132-2111
TEL (305) 961-9329
FAX (954) 888-5309